DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NELSON FUNDORA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1230

[April 4, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2015-CF-008994-A.

Carey Haughwout, Public Defender, and Narine N. Austin, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See State v. Hawkins*, 790 So. 2d 492, 495 (Fla. 5th DCA 2001) (affirming robbery conviction, court noted that defendant's act of driving a "truck, while [victim] was hanging onto the side resisting the theft, was an act of force intended, in part, to overcome resistance to the taking."); *Lovett v. State*, 781 So. 2d 466 (Fla. 5th DCA 2001) (finding sufficient "violence" to affirm carjacking conviction where victim jumped on car's hood and defendant accelerated car while victim was on hood).

GROSS, TAYLOR and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***